898 F.2d 141
 Muhammad (Al Wali D., Dr.)
v.
Beyer (Howard), Tard (Elijah, Jr.), Jackson (Henry), Morton
(R.), Smith (Wilbur), A-1 Kelly, A-2 Atkins, A-3 Siler, A-4
Burnett, A-5 Melicharek, A-6 Not Legible, A-7 Gizzi, A-8
Runyon, A-9 Smith, Medical Officer Hollendon, Sergeant White
 NO. 89-5505
 United States Court of Appeals,
Third Circuit.
 FEB 28, 1990
 
 Appeal From: D.N.J.,
 Lifland, J.
 
 
 1
 AFFIRMED.